AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| MELANIA COTTON CANDY, LLC, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  1:26-cv-23243-KMW |
| FAIRYFLOSS, LLC,<br>a Florida company, and YINILET GARCIA, an<br>individual, | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FAIRYFLOSS, LLC
c/o Registered Agent Yinilet Garcia
9970 N Kendall Dr
909
Miami, Florida 33176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Phillip J. Sheehe
Johanna E. Sheehe
SHEEHE & ASSOCIATES, P.A.
9830 Southwest 77th Avenue
Suite 215
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____05/08/2026_____

*s/ Clifford Charles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

| | |
|---|---|
| MELANIA COTTON CANDY, LLC, | ) )  ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| FAIRYFLOSS, LLC,<br>a Florida company, and YINILET GARCIA, an<br>individual, | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  1:26-cv-23243-KMW

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yinilet Garcia
9970 N Kendall Dr
909
Miami, Florida 33176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Phillip J. Sheehe
Johanna E. Sheehe
SHEEHE & ASSOCIATES, P.A.
9830 Southwest 77th Avenue
Suite 215
Miami, Florida 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Date:          05/08/2026

Angela E. Noble
Clerk of Court